NOT ORIGINAL DOCUMENT
11/14/2024 03:35:29 PM
25850-51

COMMONWEALTH OF KENTUCKY
PIKE CIRCUIT COURT
DIVISION NO. __
*Electronically Filed*

ACTION NO. 24-CI-_____

INEZ DOTSON; JOHNNY LEE DOTSON; and
JOHNNY DOTSON                                                                              PLAINTIFF

VS                                          **COMPLAINT**

CHAMBERS FUNERAL HOME                                                          DEFENDANT
49 Hatfield Bottom
Matewan, West Virginia 25678

*********************

Comes now the Plaintiffs and for their cause of action states as follows:

1. The Plaintiffs states that each of the three (3) Plaintiffs have an independent cause of action against the Defendant arising out of the same facts and circumstances.

2. Inez Dotson had a child named Jeremy Dotson who was buried in the "Rant and Mandy Dotson Cemetery" in 1992. He was also the child of Johnny Dotson. Their son Johnny Dotson had a child that was born and buried about 14 years ago in that cemetery.

3. On May 13, 2024 the Defendant, it's agents serving and/or employees by neglience and carelessness caused the desecration of the graves of the above named individuals, and committed unwarranted interference with the graves of those individuals in that the Defendant's agents servants and/or employees caused to be dug the caskets of

those deceased babies, placed on top of the ground and proposed to re-bury those caskets in the grave of another unrelated individual.

4. The Defendant is a non-resident Corporation who does business within the state of Kentucky and is subject to service by the "Long Arm Statute." the Secretary of State is to be served in behalf of the Defendant. The Defendants address is: 49 Hatfield Bottom, Matewan, West Virginia 25678.

## COUNT I

The Plaintiff Inez Dotson has suffered mental anguish for the Defendants unwarranted interference with the grave of her son, Jeremy Dotson, and for the wrongful mishandling of the corpse of Jeremy Dotson. Inez Dotson is the "next of kin" of Jeremy Dotson. Her damages exceed the jurisdictional limits of this Court.

## COUNT II

The Plaintiff Johnny Lee Dotson has suffered mental anguish for the Defendants unwarranted interference with the grave of his unnamed son and for the wrongful mishandling of the corpse of his unnamed son. Johnny Lee Dotson is the "next of kin" of his unnamed child. His damages exceed the jurisdictional limits of this Court.

## COUNT III

The Plaintiff Johnny Dotson has suffered mental anguish for the Defendants unwarranted interference with the grave of his son, Jeremy Dotson, and for the wrongful mishandling of the corpse of Jeremy Dotson. Johnny Dotson is the "next of kin" of Jeremy Dotson. His damages exceed the jurisdictional limits of this Court.

**Wherefore** the Plaintiffs demand that they individually recover from sums which exceed the jurisdictional limits of this Court for the above cause of action; demands their

costs; demands trial by jury and all further and proper relief.

This 22nd day of October, 2024.

                                                                             */s/Lawrence R. Webster*  
                                                                             LAWRENCE R. WEBSTER  
                                                                             P.O. Drawer 712  
                                                                             Pikeville, Kentucky 41502  
                                                                             606-437-4029  
                                                                             websterlawrencer@currently.com

Filed            24-CI-01036  10/22/2024           Anna Pinson Spears, Pike Circuit Clerk

NOT ORIGINAL DOCUMENT  
11/14/2024 03:35:29 PM  
25850-51

Presiding Judge: HON. HOWARD KEITH HALL (635407)  
COM : 000003 of 000003

Filed            24-CI-01036  10/22/2024           Anna Pinson Spears, Pike Circuit Clerk

| | | |
|---|---|---|
| AOC-E-105    Sum Code: CI<br>Rev. 9-14<br>Commonwealth of Kentucky<br>Court of Justice    *Courts.ky.gov*<br>CR 4.02; Cr Official Form 1 | <br>**CIVIL SUMMONS** | Case #: **24-CI-01036**<br>Court: **CIRCUIT**<br>County: **PIKE** |

*Plantiff,* **DOTSON, INEZ ET AL VS. CHAMBERS FUNERAL HOME**, *Defendant*

TO:   **CHAMBERS FUNERAL HOME**
    **49 HATFIELD BOTTOM**
    **MATEWAN, WV 25678**

The Commonwealth of Kentucky to Defendant:

You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

*/s/ Anna Pinson Spears*
Pike Circuit Clerk
Date: **10/22/2024**

---

## Proof of Service

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

   To: _____

☐ Not Served because: _____

Date: _____, 20 ____

_____   Served By

_____   Title

Summons ID: @90005711367
CIRCUIT: 24-CI-01036 Long Arm Statute – Secretary of State
DOTSON, INEZ ET AL VS. CHAMBERS FUNERAL HOME



Page 1 of 1

eFiled

Presiding Judge: HON. HOWARD KEITH HALL (635407)
CI : 000001 of 000001



**Commonwealth of Kentucky**
**Anna Pinson Spears, Pike Circuit Clerk**

NOT ORIGINAL DOCUMENT
11/14/2024 03:35:38 PM

25850-51

Case #: **24-CI-01036**   Envelope #: **9095990**
Received From: **LAWRENCE WEBSTER**   Account Of: **LAWRENCE WEBSTER**
Case Title: **DOTSON, INEZ ET AL VS. CHAMBERS FUNERAL HOME**   Confirmation Number: **190218832**
Filed On **10/22/2024   3:42:41PM**

| # | Item Description | Amount |
|---|---|---|
| 1 | Court Facilities Fee | $25.00 |
| 2 | Access To Justice Fee | $20.00 |
| 3 | Money Collected For Others(Court Tech. Fee) | $20.00 |
| 4 | Money Collected For Others(Attorney Tax Fee) | $5.00 |
| 5 | Money Collected For Others(Secretary of State Electronic Services) | $10.00 |
| 6 | Money Collected For Others(Secretary of State Service Copies) | $0.50 |
| 7 | Library Fee | $1.00 |
| 8 | Civil Filing Fee | $150.00 |
| 9 | Charges For Services(Attestation) | $0.50 |
|   | **TOTAL:** | **$232.00** |

Pike County

Anna Pinson Spears

Circuit Court Clerk

**Receipt Number: 22-0016876-A**

DATE: 10/22/2024

TIME: 03:45 PM EST

*** (Z) OTHER TYPE RECEIPT ***

**CASE NO: 24-CI-01036**

RECEIVED FROM: LAWRENCE    WEBSTER

ACCOUNT OF: DOTSON, INEZ ET AL VS. CHAMBERS FUNERAL HOME

PARTY NAME: LAWRENCE    WEBSTER

| # | Description | Amount |
|---|---|---|
| 1. | ATJ Fee (1) | $20.00 |
| 2. | Civil Filing Fee (Q) | $150.00 |
| 3. | Court Technology MCFO(K(CT)) | $20.00 |
| 4. | Library Fee (L) | $1.00 |
| 5. | Court Facilities Fee ([) | $25.00 |
| 6. | Att Tax Fee MCFO(K(Q)) | $5.00 |
| 7. | Secretary of State Electronic Service MCFO(K(SOSES)) | $10.00 |
| 8. | Secretary of State Service Copies MCFO(K(SOSSC)) | $0.50 |
| 9. | Attestation CS(W(C)) | $0.50 |
|   | TOTAL: | $232.00 |
|   | CREDIT CARD: | $232.00 |
|   | ***DIFF: | $0.00 |

*** Credit Card Invoice #: 190218832

REW-EBA   Doc #: 1-2   Filed: 11/14/24
AL DOCUMENT      ID#: 17
PM 9095990

*** MultiReceipt/MassReceipt Transaction ***

Reprint : 10/23/2024   8:34:07AM

Prepared By: Web_Payment

Pay Online Visit:

www.kycourts.gov   and click on Pay Fine/Fee.

Reprint

Filed 24-CI-01036 10/28/2024 Anna Pinson Spears, Pike Circuit Clerk
Case: 7:24-cv-00070-REW-EBA   Doc #: 1-2   Filed: 11/14/24   Page: 8 of 9 - Page ID#: 18
NOT ORIGINAL DOCUMENT
03:38:45 PM
11/14/2024
25850-51



| | | |
|---|---|---|
| Michael G. Adams<br>Secretary of State | **Commonwealth of Kentucky**<br>**Office of the Secretary of State** | Summons Division<br>PO BOX 718<br>FRANKFORT, KY 40602-0718<br>Phone: (502) 564-3490<br>Fax: (502) 564-5687 |

Circuit Court Clerk
Pike County
PO Box 1002
Pikeville, KY 41502-1002

FROM:  SUMMONS DIVISION
       SECRETARY OF STATE

RE:  CASE NO: 24-CI-01036

DEFENDANT:  CHAMBERS FUNERAL HOME

DATE:  October 28, 2024

USPS Certified Mail ID:  9202992267700103259779

The Office of the Secretary of State was served with a summons and accompanying documents for the captioned defendant on

October 22, 2024

This office served the defendant by sending a copy of the summons and accompanying documents via certified mail, return receipt requested, on

October 23, 2024

We are enclosing the return receipt confirming receipt of summons.

**UNITED STATES POSTAL SERVICE**

25850-51

October 28, 2024

Dear Secretary Of State Commonwelth of Kentucky:

The following is in response to your request for proof of delivery on your item with the tracking number: **9202 9922 6770 0103 2597 79**.

| Item Details | |
|---|---|
| Status: | Delivered, PO Box |
| Status Date / Time: | October 28, 2024, 10:43 am |
| Location: | MATEWAN, WV 25678 |
| Postal Product: | Priority Mail® |
| Extra Services: | Certified Mail™ |
| | Return Receipt |
| | Return Receipt Electronic |
| | Up to $100 insurance included |

### Recipient Signature

Signature of Recipient:

Address of Recipient:



Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004